# LINDQUIST
LINDQUIST+VENNUM

Minneapolis • Denver

**Bruce H. Little**
(612) 371-2437
blittle@lindquist.com
www.lindquist.com

Lindquist & Vennum PLLP
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 371-3211
Fax: (612) 371-3207

January 27, 2012

The Honorable Michael J. Davis
United States District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: **Lawrence Magen vs. Acorn Media Group, Inc.**
**Court File No.: 11-CV-02719 (MJD-FLN)**
**Our File No.: 520175.0001**

Dear Judge Davis:

Defendant Acorn Media Group, Inc., submits this letter pursuant to the January 20, 2012, direction of the District Court. Acorn hereby respectfully withdraws its Motion To Confirm the Arbitration Award, its Motion To Dismiss, and its Motion for Preliminary Injunction and will file a response to the Second Amended Complaint within 14 days, as provided by Fed. R. Civ. P. 12(a)(4)(A).

Respectfully,

LINDQUIST & VENNUM PLLP

Bruce H. Little

cc: Paul Godfread, Esq. (w/out encs.)
P. Andrew Torrez, Esq. (w/out encs.)
Carrie Ryan Gallia (w/out encs.)

DOCS-#3620154-v1